In the Matter of BROOKFORD, LLC, Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Respondents.

Submitted January 23, 2017; decided February 9, 2017

Motion by Rent Stabilization Association et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed submission is accepted as filed.

Judge WILSON taking no part.

In the Matter of REGINA FARAGE, Appellant, v YVONNE LEWIS et al., Respondents.

Decided February 9, 2017

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge WILSON taking no part.

In the Matter of PATRICIA GILL, Appellant, v MERCY COLLEGE et al., Respondents.

Submitted November 14, 2016; decided February 9, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for ancillary relief dismissed as academic.

Judge WILSON taking no part.

In the Matter of PATRICIA GILL, Appellant, v NYACK COLLEGE et al., Respondents.

Submitted December 19, 2016; decided February 9, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for ancillary relief dismissed as academic.

Judge WILSON taking no part.

In the Matter of DERRICK HARRIS, Appellant, v JAMES BURKE et al., Respondents.

Submitted December 19, 2016; decided February 9, 2017

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

Judge WILSON taking no part.

SARA MYERS et al., Appellants, v ERIC SCHNEIDERMAN, in His Official Capacity as Attorney General of the State of New York, Respondent, et al., Defendants.

Submitted January 17, 2017; decided February 9, 2017

Motion by New York State Catholic Conference for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.

Chief Judge DIFIORE and Judge WILSON taking no part.

SARA MYERS et al., Appellants, v ERIC SCHNEIDERMAN, in His Official Capacity as Attorney General of the State of New York, Respondent, et al., Defendants.

Submitted January 23, 2017; decided February 9, 2017

Motion by Not Dead Yet et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.